No. 4,630.—STATE ex rel. CARL BULL, Relator, v. BOARD OF COUNTY COMMISSIONERS et al., Respondents.

Original application for writ of injunction running to the Board of County Commissioners of Sheridan County and another.

Decided April 30, 1920.

PER CURIAM.—The application for an injunction herein, this day presented to the court, is, after due consideration, denied.

*Messrs. Galen & Mettler* and *Mr. Alfred T. Vollum,* for Relator.

---

No. 4,605.—BARBARA NULL DAVEY, Respondent, v. ALBERT DAVEY, Appellant.

*Appeal from District Court, Sheridan County; C. E. Comer, Judge.*

Decided May 3, 1920.

PER CURIAM.—Pursuant to motion of respondent herein, and for good cause shown, the appeal is dismissed.

*Messrs. Babcock & Ellery,* for Appellant.

*Mr. J. J. Gunther* and *Mr. Geo. Cudhie,* for Respondent.